**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | Case No.2:10-CV-01145-WBS-CMK |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |
| v. | |
| CORNING FORD, INC., a California Corporation,  dba CORNING FORD MERCURY, BENNY BROWN and CAROLYN BROWN, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Plaintiff MARSHALL LOSKOT and Defendants CORNING FORD, INC., dba CORNING FORD MERCURY, BENNY BROWN and CAROLYN BROWN,  (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///
///

1    2.    Accordingly, the Parties jointly request the Court to dismiss this action with

2    prejudice.

3                                    **SINGLETON LAW GROUP**

4

5    Dated:    November 1, 2010       /s/ Jason K. Singleton
                                      Jason K. Singleton, Attorney for
6                                     Plaintiff, **MARSHALL LOSKOT**

7                                    **MURPHY AUSTIN ADAMS SCHOENFELD LLP**

8

9    Dated:    October 5, 2010        /s/ Rebecca A. Dietzen
                                      REBECCA A. DIETZEN, Attorneys for
10                                    Defendants, **CORNING FORD, INC., dba**
                                      **CORNING FORD MERCURY, BENNY**
11                                    **BROWN, CAROLYN BROWN**

12

13

14                          **ORDER OF DISMISSAL WITH PREJUDICE**

15        Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause

16   appearing, it is hereby ORDERED:

17       1.    The action <u>LOSKOT vs CORNING FORD, et al.</u>, Case Number 2:10-CV-1145

18   WBS CMK, is dismissed with prejudice with each party to bear their own attorneys fees and

19   costs.

20

21   Dated:  November 3, 2010

22   _William V. Shubb_

23   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

24

25

26

27

28